UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF MICHIGAN
                              SOUTHERN DIVISION

OUTLAW LABORATORY, L.P.,

    Plaintiff,

v.                                                                   Case No. 18-12497

902 DORT INC.,
et al.,

    Defendants.
                                         /

## JUDGMENT

In accordance with the "Order Granting Plaintiff's Motion for Default Judgment" entered on October 30, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff Outlaw Laboratory, LP and against Defendants Odish, Inc., Odish Family, Inc., Abeer Fuel Inc., S G Mini Mart Inc., Clinton Convenience, Inc., Three Brothers Station Inc., Ten & Greenfield Inc., 10 Southfield Sunoco, Inc., F-FPD Inc., Kajy Jefferson, Inc., State Fair Gas, Inc., Benzeen Enterprise, Inc., Lonyo Petro Mart, LLC, Liley and Joy Inc., Najar Petroleum LLC, University Petro LLC, Zakka C-Store LLC, AJ Petro LLC, Michigan Stop & Go, Inc., Meyers Fuel Mart Inc., OM Livonia Oil, Inc., 88 Gas & Beer, Inc., Saginaw Oil Inc., and Genessee Inc. in the amounts listed below which are inclusive of costs and attorneys' fees. Dated at Port Huron, Michigan, October 30, 2019.

1. Plaintiff shall receive a judgment against Defendant, Odish, Inc., in the amount of $63,762.68.

2. Plaintiff shall receive a judgment against Defendant, Odish Family, Inc., in the amount of $63,762.68.

3. Plaintiff shall receive a judgment against Defendant, Abeer Fuel Inc., in the amount of $63,762.68.

4. Plaintiff shall receive a judgment against Defendant, S G Mini Mart Inc., in the amount of $63,762.68.

5. Plaintiff shall receive a judgment against Defendant, Clinton Convenience, Inc., in the amount of $63,762.68.

6. Plaintiff shall receive a judgment against Defendant, Three Brothers Station Inc., in the amount of $63,762.68.

7. Plaintiff shall receive a judgment against Defendant, Ten & Greenfield Inc., in the amount of $63,762.68.

8. Plaintiff shall receive a judgment against Defendant, 10 Southfield Sunoco, Inc., in the amount of $63,762.68.

9. Plaintiff shall receive a judgment against Defendant, F-FPD Inc., in the amount of $63,762.68.

10. Plaintiff shall receive a judgment against Defendant, Kajy Jefferson, Inc., in the amount of $63,762.68.

11. Plaintiff shall receive a judgment against Defendant, State Fair Gas, Inc., in the amount of $63,762.68.

12. Plaintiff shall receive a judgment against Defendant, Benzeen Enterprise, Inc., in the amount of $63,762.68.

13. Plaintiff shall receive a judgment against Defendant, Lonyo Petro Mart, LLC, in the amount of $63,762.68.

14. Plaintiff shall receive a judgment against Defendant, Liley and Joy Inc., in the amount of $63,762.68.

15. Plaintiff shall receive a judgment against Defendant, Najar Petroleum LLC, in the amount of $63,762.68.

16. Plaintiff shall receive a judgment against Defendant, University Petro LLC, in the amount of $63,762.68.

17. Plaintiff shall receive a judgment against Defendant, Zakka C-Store LLC, in the amount of $63,762.68.

18. Plaintiff shall receive a judgment against Defendant, AJ Petro LLC, in the amount of $63,762.68.

19. Plaintiff shall receive a judgment against Defendant, Michigan Stop & Go, Inc., with respect to the Sunoco gas station located at 8333 Allen Road, Allen Park, MI 48101, in the amount of $63,762.68.

20. Plaintiff shall receive a judgment against Defendant, Michigan Stop & Go, Inc., with respect to the Sunoco gas station located at 1000 Michigan Avenue, Dearborn, MI 48126, in the amount of $63,762.68.

21. Plaintiff shall receive a judgment against Defendant, Meyers Fuel Mart Inc., in the amount of $63,762.68.

22. Plaintiff shall receive a judgment against Defendant, OM Livonia Oil, Inc., in the amount of $63,762.68.

23. Plaintiff shall receive a judgment against Defendant, 88 Gas & Beer, Inc., in the amount of $63,762.68.

24. Plaintiff shall receive a judgment against Defendant, Saginaw Oil Inc., in the amount of $63,762.68.

25. Plaintiff shall receive a judgment against Defendant, Genessee Inc., in the amount of $63,762.68.

DAVID J. WEAVER
CLERK OF THE COURT

S/Lisa Wagner
By: Case Manager and Deputy Clerk to
Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\18-12497.OutlawLaboratory.DefaultJudgment.docx